Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel:  619/758-1891
Fax:  619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz
slevine@sessions-law.biz

Attorneys for Defendant NCO Portfolio Management, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL JACKOBY, | ) Case No. CV09 6103 BZ |
| Plaintiff, | ) |
| vs. | ) STIPULATION TO DISMISS WITH |
| | ) PREJUDICE |
| NCO PORTFOLIO MANAGEMENT, INC., | ) |
| Defendant. | ) |

Plaintiff, CARMEL JACKOBY, filed the present action against NCO PORTFOLIO MANAGEMENT, INC. ("NCO") which was removed from Alameda County Superior Court on December 31, 2009. NCO filed its responsive pleading on January 8, 2010. The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 2/1/10    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant
NCO Portfolio Management, Inc.

Dated: 2/1/2010

Carmel Jackoby
Plaintiff

IT IS SO ORDERED.

Dated: 2/2/2010

Hon. Bernard Zimmerman
United States Magistrate Judge