1  Debbie P. Kirkpatrick, Esq. (SBN 207112)
2  Albert R. Limberg, Esq. (SBN 211110)
   Sondra R. Levine, Esq. (SBN 254139)
3  SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
4  3667 Voltaire Street
   San Diego, CA  92106-1253
5  Tel:   619/758-1891
6  Fax:  619/222-3667
   dpk@sessions-law.biz
7  alimberg@sessions-law.biz
8  slevine@sessions-law.biz

9  Attorneys for Defendant NCO Portfolio Management, Inc.

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12

13 | CARMEL JACKOBY,                  ) Case No.  CV09 6103 BZ
14 |                                  )
   |            Plaintiff,            )
15 |                                  ) STIPULATION TO DISMISS WITH
   |    vs.                           ) PREJUDICE
16 |                                  )
17 | NCO PORTFOLIO MANAGEMENT,        )
   | INC.,                            )
18 |                                  )
   |                                  )
19 |            Defendant.            )

20
       Plaintiff, CARMEL JACKOBY, filed the present action against NCO
21
   PORTFOLIO MANAGEMENT, INC. ("NCO") which was removed from Alameda
22
23 County Superior Court on December 31, 2009. NCO filed its responsive pleading on
24 January 8, 2010. The parties subsequently resolved the action in its entirety. As part of
25
   said resolution, the parties agree to dismiss the entire action with prejudice.
26
27
28
                         Stipulation to Dismiss with Prejudice

                                        1

1  IT IS HEREBY STIPULATED by and between the parties to this action through
2  their designated counsel that the above captioned action is dismissed with prejudice
3  pursuant to Fed. R. Civ. Pro. 41.
4
5
6  Dated: 2/1/10                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
7
8                               /s/Debbie P. Kirkpatrick
9                               Debbie P. Kirkpatrick
                                Attorney for Defendant
10                              NCO Portfolio Management, Inc.
11 Dated: 2/1/2010
12                              Carmel Jackoby
                                Plaintiff
13
14
15
16 IT IS SO ORDERED.
17 Dated: 2/2/2010
18                              Hon. Bernard Zimmerman
                                United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28

Stipulation to Dismiss with Prejudice

2